

**FILED**

09/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

# IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0314

IN THE MATTER OF:

S.P. and K.L.N.

Youths in Need of Care.

**FILED**

SEP 15 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## ORDER

Pursuant to Disability Rights Montana's motion for leave to appear as amicus curiae, and good cause appearing therefor,

IT IS ORDERED that Disability Rights Montana's motion to appear as amicus curiae is GRANTED. Amici's brief is due on or before September 28, 2020.

Dated September 15, 2020.

For the Court,

By _____